IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-10353-MCF |
| GARCIA MENDEZ, CARIDAD | * | CHAPTER 7 |
| DEBTOR | * | |

**JOINT STIPULATION TO SETTLE CONTESTED MATTER**
**RE: DOCKET NO. 10, 12, 13**

**NOW COME, CARIDAD GARCIA MENDEZ**, debtor, and **NOREEN WISCOVITCH RENTAS, ESQ., CHAPTER 7 TRUSTEE**, in the above captioned case, through their respective undersigned attorneys, and hereby stipulate the terms and conditions to settle their differences regarding a preference action, docket entry #10 and #13, as follows:

1. The Trustee has determined to pursue a preference action to recover a pre-petition payment paid to debtor's father, in the above captioned case.

2. On February 26, 2016, the Trustee gave notice that there are assets or that it is expected to be assets in this case which are expected to result in a dividend to creditors, in the present case. *Notice of Assets and Request for Claims Bar Date*, docket entry #12.

3. The parties have settled their differences and have reached an agreement pursuant to the following terms and conditions:

    a. Upon execution of this agreement, debtor Caridad Garcia Mendez will deliver to the Chapter 7 Trustee a manager's check in the sum of $2,000.00, to the Order of *Noreen Wiscovitch Rentas*, which monies are to be considered "non-exempt property of the estate" for distribution by the Trustee, in the above captioned case.

    b. In consideration of the covenants set forth above, the Chapter 7 Trustee will not pursue the preference action to recover the

Page -2-
Joint Stipulation to Settle Contested Matter
Case no. 15-10353 MCF7

aforementioned preferential payment paid to debtor's father, in the above captioned case.

c. The Trustee has no further objection to the debtor's discharge.

d. This agreement reflects the total agreement between the parties and any statement, promise or representation given by any of them which is not included herein shall be null and void.

e. The Trustee believes that this agreement is in the best interest of the Estate.

The debtor and the Chapter 7 Trustee, execute this joint stipulation in San Juan, Puerto Rico, this 3rd day of March, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO USDC 203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR CARIDAD GARCIA MENDEZ
P O BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

/s/ Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS, ESQ.
CHAPTER 7 TRUSTEE
PMB 136
400 KALAF STREET
SAN JUAN PR 00918
TEL NO. 787-946-0132 FAX NO. 787-946-0133
Email: noreen@nwr-law.com

Page -3-
Joint Stipulation to Settle Contested Matter
Case no. 15-10353 MCF7

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

**NOTICE: Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

In San Juan, Puerto Rico, this 3rd day of March, 2016.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO USDC 203614
RFIGUEROA CARRAS
QUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR CARIDAD GARCIA MENDEZ
P O BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          BANCO POPULAR PUERTO RICO            US Bankruptcy Court District of P.R.
0104-3                                    CARDONA JIMENEZ LAW OFFICE, PSC      Jose V Toledo Fed Bldg & US Courthouse
Case 15-10353-MCF7                        PO BOX 9023593                       300 Recinto Sur Street, Room 109
District of Puerto Rico                   SAN JUAN, PR 00902-3593              San Juan, PR 00901-1964
Old San Juan
Thu Mar  3 16:55:12 AST 2016

Asoc de Residentes Llanos de Gurabo Inc   Banco Popular de Puerto Ric          Banco Popular de Puerto Rico
PO Box 4069                               PO Box 362708                        Bankruptcy Department
Bayamon, PR  00958-1069                   San Juan, PR  00936-2708             PO Box 366818
                                                                               San Juan, PR  00936-6818

Citifinancial                             Convergent Outsourcing Inc           Dish Network
300 Saint Paul St                         PO Box 9004                          PO Box 94063
Baltimore, MD  21202-2120                 Renton, WA  98057-9004               Palatine, IL  60094-4063

Diversified Consultants, Inc.             GRANTED RECOVERY GROUP LLC           Granted Recovery Group, LLC
PO Box 1391                               BRYAN O' NEILL ALICEA ESQ            P.O. Box 50549
Southgate, MI  48195-0391                 PO BOX 50549                         Toa Baja, P.R 00950-0549
                                          SAN JUAN, PR 00936-3422

LTD Financial Services LP                 Preferred Home Services, Inc.        RRR International Capital Funding Inc
7322 Southwest Fwy Ste 1600               PO Box 4069                          PO Box 608339
Houston, TX  77074-2134                   Bayamon, PR 00958-1069               Orlando, FL  32860-8339

Syncb/Jc Penney Pr                        CARIDAD GARCIA MENDEZ                MONSITA LECAROZ ARRIBAS
PO Box 965007                             LLANOS DE GURABO                     OFFICE OF THE US TRUSTEE (UST)
Orlando, FL  32896-5007                   155 MIRAMELINDA ST                   OCHOA BUILDING
                                          GURABO, PR 00778-3705                500 TANCA STREET  SUITE 301
                                                                               SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS                  ROBERTO FIGUEROA CARRASQUILLO        End of Label Matrix
PMB 136                                   PO BOX 186                           Mailable recipients    19
400 CALAF STREET                          CAGUAS, PR 00726-0186                Bypassed recipients     0
SAN JUAN, PR 00918-1314                                                        Total                  19
```