# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### HATO REY (SAN JUAN) DIVISION

In re: §
§
Caridad Garcia Mendez § Case No. 15-10353
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NOREEN WISCOVITCH-RENTAS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 103,059.00 *(Without deducting any secured claims)* | Assets Exempt: 57,616.35 |
| Total Distributions to Claimants: 1,468.75 | Claims Discharged Without Payment: 46,218.13 |
| Total Expenses of Administration: 531.25 | |

3) Total gross receipts of $ 2,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 140,296.25 | $ 142,094.15 | $ 142,094.15 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 531.25 | 531.25 | 531.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,049.63 | 10,049.63 | 10,049.63 | 1,468.75 |
| **TOTAL DISBURSEMENTS** | $ 150,345.88 | $ 152,675.03 | $ 152,675.03 | $ 2,000.00 |

4) This case was originally filed under chapter 7 on 12/30/2015 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2017    By: /s/NOREEN WISCOVITCH-RENTAS
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference | 1241-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asoc de Residentes Llanos de Gurabo Inc, PO Box 4069 Bayamon, PR 00958-1069 | | 5,853.00 | NA | NA | 0.00 |
| | Banco Popular de Puerto Rico, Bankruptcy Department PO Box 366818 San Juan, PR 00936-6818 | | 31,784.25 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BANCO POPULAR PUERTO RICO | 4110-000 | 102,659.00 | 103,083.09 | 103,083.09 | 0.00 |
| 1 | Granted Recovery Group, Llc | 4110-000 | NA | 39,011.06 | 39,011.06 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 140,296.25 | $ 142,094.15 | $ 142,094.15 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NOREEN WISCOVITCH-RENTAS | 2100-000 | NA | 500.00 | 500.00 | 500.00 |
| NOREEN WISCOVITCH-RENTAS | 2200-000 | NA | 31.25 | 31.25 | 31.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 531.25 | $ 531.25 | $ 531.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Citifinancial | 7200-000 | 4,385.00 | 4,385.00 | 4,385.00 | 640.87 |
| 4 | Dish Network | 7200-000 | 191.17 | 191.17 | 191.17 | 27.94 |
| 5 | Diversified Consultants, Inc. | 7200-000 | 186.69 | 186.69 | 186.69 | 27.28 |
| 6 | Ltd Financial Services Lp | 7200-000 | 4,385.36 | 4,385.36 | 4,385.36 | 640.92 |
| 7 | Rrr International Capital Funding Inc | 7200-000 | 564.41 | 564.41 | 564.41 | 82.49 |
| 8 | Syncb/Jc Penney Pr | 7200-000 | 337.00 | 337.00 | 337.00 | 49.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 10,049.63 | $ 10,049.63 | $ 10,049.63 | $ 1,468.75 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-10353 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | Caridad Garcia Mendez | | | | Date Filed (f) or Converted (c): | 12/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 01/18/2017 | | | | Claims Bar Date: | 06/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br><br>LLANOS DE GURABO B-8<br>MIRAMELINDA STREET<br>GURABO PR 00778 | 152,852.00 | 0.00 | OA | 0.00 | FA |
| 2. Vehicles<br><br>Nissan Pathfinder 2000<br>VIN#: x8245 | 1,779.00 | 0.00 | OA | 0.00 | FA |
| 3. Household goods<br><br>Bedroom Set (3) | 400.00 | 0.00 | OA | 0.00 | FA |
| 4. Household goods<br><br>TV (2) | 400.00 | 0.00 | OA | 0.00 | FA |
| 5. Household goods<br><br>Living Room Set | 200.00 | 0.00 | OA | 0.00 | FA |
| 6. Household goods<br><br>Dining Room Set | 200.00 | 0.00 | OA | 0.00 | FA |
| 7. Household goods<br><br>Microwave | 50.00 | 0.00 | OA | 0.00 | FA |
| 8. Household goods<br><br>Stove (Damaged) | 50.00 | 0.00 | OA | 0.00 | FA |
| 9. Household goods<br><br>Refrigerator | 250.00 | 0.00 | OA | 0.00 | FA |
| 10. Household goods<br><br>Washing Machine | 150.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-10353 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| Case Name: | Caridad Garcia Mendez | | | | Date Filed (f) or Converted (c): | 12/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 01/18/2017 | | | | Claims Bar Date: | 06/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Wearing apparel<br><br>Clothing and Personal effects | 400.00 | 0.00 | OA | 0.00 | FA |
| 12. Furs and jewelry<br><br>Jewelry | 500.00 | 0.00 | OA | 0.00 | FA |
| 13. Framily Support<br><br>Child Support Arrears | 3,438.91 | 0.00 | OA | 0.00 | FA |
| 14. FINANCIAL ACCOUNT<br><br>Checking Account<br>Scotiabank<br>Account no. x2477 | 5.44 | 0.00 | OA | 0.00 | FA |
| 15. Preference (u)<br><br>Preference against Debtor's father for $6,605.00<br><br>Debtor offered to pay the Trustee $2,000.00. | 0.00 | 2,000.00 | | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $160,675.35 | $2,000.00 | | $2,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Checks cut.  - Noreen Wiscovitch 10/31/2016
NFR and TFR submitted to UST.  - Noreen Wiscovitch 8/27/2016
Stipulation was filed and funds received.  Trustee to await for Bar date to review claims.  - Noreen Wiscovitch 3/30/2016
Trustee to stipulate the preference against father Jorge Garcia for $2,000.00.  - Noreen Wiscovitch 2/25/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 12/31/2016

Exhibit 8

Case:15-10353-MCF7 Doc#:34 Filed:02/16/17 Entered:02/16/17 13:27:49 Desc: Main
Document Page 9 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-10353 | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
| Case Name: | Caridad Garcia Mendez | Bank Name: | BANCO SANTANDER |
| | | Account Number/CD#: | XXXXXX4649 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1271 | Blanket Bond (per case limit): | $20,264,373.00 |
| For Period Ending: | 01/18/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/16 | 15 | Caridad Garcia Mendez<br>LLANOS DE GURABO 155<br>MIRAMELINDA STREET<br>GURABO, PR 00778 | Preference<br>Join Stipulation on Preferences<br>Dkt No. 14. | 1241-000 | $2,000.00 | | $2,000.00 |
| 10/31/16 | 101 | NOREEN WISCOVITCH-RENTAS<br>PMB #136<br>400 Calle Calaf<br>SAN JUAN, PR 00918 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $500.00 | $1,500.00 |
| 10/31/16 | 102 | NOREEN WISCOVITCH-RENTAS<br>PMB #136<br>400 Calle Calaf<br>SAN JUAN, PR 00918 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $31.25 | $1,468.75 |
| 10/31/16 | 103 | Citifinancial<br>300 Saint Paul St<br>Baltimore, Md 21202-2120 | Final distribution to claim 3 representing a payment of 14.61 % per court order. | 7200-000 | | $640.87 | $827.88 |
| 10/31/16 | 104 | Dish Network<br>Po Box 94063<br>Palatine, Il 60094-4063 | Final distribution to claim 4 representing a payment of 14.61 % per court order. | 7200-000 | | $27.94 | $799.94 |
| 10/31/16 | 105 | Diversified Consultants, Inc.<br>Po Box 1391<br>Southgate, Mi 48195-0391 | Final distribution to claim 5 representing a payment of 14.61 % per court order. | 7200-000 | | $27.28 | $772.66 |
| 10/31/16 | 106 | Ltd Financial Services Lp<br>7322 Southwest Fwy Ste 1600<br>Houston, Tx 77074-2134 | Final distribution to claim 6 representing a payment of 14.61 % per court order. | 7200-000 | | $640.92 | $131.74 |
| 10/31/16 | 107 | Rrr International Capital Funding Inc<br>Po Box 608339<br>Orlando, Fl 32860-8339 | Final distribution to claim 7 representing a payment of 14.61 % per court order. | 7200-000 | | $82.49 | $49.25 |
| 10/31/16 | 108 | Syncb/Jc Penney Pr<br>Po Box 965007<br>Orlando, Fl 32896-5007 | Final distribution to claim 8 representing a payment of 14.61 % per court order. | 7200-000 | | $49.25 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $2,000.00 | $2,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,000.00 | $2,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $2,000.00 | $2,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

Net $2,000.00 $2,000.00

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4649 - Checking | $2,000.00 | $2,000.00 | $0.00 |
|  | $2,000.00 | $2,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,000.00 |
| Total Gross Receipts: | $2,000.00 |

Page Subtotals:  $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*